**Order filed April 22, 2021.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00246-CV

————————

### IN THE MATTER OF R.C., Appellant

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04332J**

---

## ORDER

Appellant's brief discloses the name of a person who was a minor when the underlying suit was filed. See Tex. R. App. P. 9.9(a)(3). Accordingly, the brief is STRICKEN.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **May 3, 2021**.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.